UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GIORGI MALACIDZE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1527-D |
| | ) | |
| **KRISTI NOEM, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On December 23, 2025, Petitioner's counsel, Veronica Cardenas, moved for admission pro hac vice. Doc. 11. On December 30, 2025, the Court granted Ms. Cardenas's motion and ordered her to file an entry of appearance, consistent with Local Civil Rule 83.4, not later than January 2, 2026. Doc. 12. On January 3, 2026, Ms. Cardenas electronically filed a document captioned as a Motion for Leave to Appear Pro Hac Vice, Doc. 15, and a document captioned as an Entry of Appearance, Doc. 16.

Having reviewed these filings, the Court is flummoxed. First, both documents are the same standard form "Request for Admission Pro Hac Vice" completed for Ms. Cardenas. Docs. 15 and 16. However, Ms. Cardenas has already been admitted Pro Hac Vice in this case. Doc. 12. Second, Ms. Cardenas filed both Docs. 15 and 16 on January 3, 2026. Accordingly, to the extent that Ms. Cardenas intended to submit her entry of appearance in accordance with the Court's deadline of January 2, 2026, she filed out of time. Third, even though Doc. 16 is captioned as an Entry of Appearance by Veronica Cardenas, it does not comply with Local Civil Rule 83.4. Local Civil Rule 83.4 requires

that "an attorney appearing for a party in a civil case shall enter an appearance by signing and filing an entry of appearance *on the form prescribed by the clerk of this court*." LCvR83.4 (citation modified and emphasis added).  The Request for Admission Pro Hac Vice form submitted by Ms. Cardenas is not the same as the Entry of Appearance form.  The proper Entry of Appearance form can be found at http://okwd.uscourts.gov/sites/okwd/files/ao458_attorney_a.pdf.

Accordingly, because Doc. 15 and Doc. 16 are duplicative, were filed out of time, and were improperly filed, they are hereby **STRICKEN**.  Ms. Cardenas shall file her correct entry of appearance **not later than January 7, 2026**.  The Court cautions Ms. Cardenas that in her application for leave to appear pro hac vice she certified that she is familiar with the local rules of this court.  That certification covered Local Civil Rule 83.4.  Ms. Cardenas will not be given another opportunity to properly submit her entry of appearance.

**IT IS SO ORDERED** this 5th day of January, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE