IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

GIORGI MALACIDZE,                )
                                 )
                Petitioner,       )
                                 )
v.                               )          Case No. CIV-25-1527-D
                                 )
KRISTI NOEM, et al.,             )
                                 )
                Respondents.      )

## **ORDER**

Petitioner Giorgi Malacidze filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Chris M. Stephens for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

On December 20, 2025, Petitioner filed a Motion for Temporary Restraining Order [Doc. No. 8], requesting that the Court grant temporary injunctive relief, ordering Respondents to immediately release Petitioner or, alternatively, to provide Petitioner with a bond hearing "at which the government must bear the burden of justifying Petitioner's continued detention by clear and convincing evidence." [Doc. No. 8-1, at 13].

On December 22, 2025, the magistrate judge issued a Report and Recommendation [Doc. No. 9], in which he recommends that the Court deny Petitioner's request for a temporary restraining order. Specifically, the magistrate judge concluded that Petitioner had failed to "certify[] reasons why notice to the adverse party should not be required," and thus had failed to comply with FED. R. CIV. P. 65(b)(1). The magistrate judge notified

1

the parties of their right to object to the R&R on or before December 29, 2025, and that

failure to timely object to the R&R waives the right to appellate review of both factual and

legal issues contained therein. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir.

1991).

Upon review of the file and noting no timely objection to the findings and

recommendations of the magistrate judge, the Court **ADOPTS** the Report and

Recommendation [Doc. No. 9] in its entirety.

**IT IS THEREFORE ORDERED** that, for the reasons stated in the Report and

Recommendation [Doc. No. 9], Petitioner's Motion for Temporary Restraining Order

[Doc. No. 8] is **DENIED**.

**IT IS SO ORDERED** this 6th day of January, 2026.

TIMOTHY D. DeGIUSTI
Chief United States District Judge