IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: February 17, 2026

| | |
|---|---|
| GIORGI MALACIDZE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-1527-D |
| ) | |
| KRISTI NOEM, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ENTER ORDER:**

Before the Court is Petitioner's Motion to Withdraw as Moot [Doc. No. 26]. In the motion, Petitioner notifies the Court that his pending Motion to Compel [Doc. No. 25] is moot in light of Petitioner's release on bond. Petitioner's Motion to Withdraw as Moot [Doc. No. 26] is **GRANTED**, and Petitioner's Motion to Compel [Doc. No. 25] is **DEEMED WITHDRAWN**.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE TIMOTHY D. DeGIUSTI.

*Joan Kane, Clerk*

**By:    s/ Jane Eagleston**
**Deputy Clerk**

*Copies to all parties of record*